

# U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE

DATE: July 2, 2019

FROM: Carlos Colon – Resident Agent in Charge
USSS- SJU

SUBJECT: Exemption of fees for the United States Secret Service to Access Pacer

TO: Honorable Chief United States District Judge of the United States District Court of Puerto Rico
Gustavo A. Gelpi

150 Carlos Chardón Street
San Juan, Puerto Rico
00918-1767

Attn: Hon. Chief Judge Gustavo A. Gelpi

Greetings your Honor:

The following is to respectfully request that the San Juan Resident Office for the Secret Service in Puerto Rico is granted an exemption of fees to have access to the Public Access to Court Electronic Records, known as PACER.

The San Juan Office in Puerto Rico has limited resources and has an extended jurisdiction that includes of all the Caribbean, South America and all other Spanish speaking Countries and/or territories. In order for us to provide a more effective tailoring of our investigations and successfully bring to justice individuals that attempt to defraud the United States of America, we need this tool to keep current with all the Court rulings and to effectively as well as timely, proceed as needed and instructed.

Previously we had limited access to this database, unfortunately our Headquarters instructed that this access needed to be terminated and that each district will have to consult and request to their correspondent District Courts if such access could be granted again. San Juan Resident Office is part of the Secret Service Field Office in Miami Florida. Unfortunately since San Juan does not belong to their Court jurisdiction we do not get their exemption. *See attachment.*



U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE

Your Honor, we the San Juan Resident Office for the Secret Service, respectfully request to be granted the same limited access to PACER.

Sincerely,

*CARLOS COLON*
Resident Agent In Charge
San Juan Resident Office
United States Secret Service



UNITED STATES SECRET SERVICE
San Juan Resident Office

**Carlos Colón**
Resident Agent in Charge

#15 Millennium Park Plaza
2nd St. - Suite 530
Guaynabo, PR  00968

Office: 787-277-1515
Fax: 787-277-1537
carlos.colon@usss.dhs.gov