UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER NO. 2002-25

IN RE:

EXEMPTION OF FEES FOR THE UNITED STATES
SECRET SERVICE TO ACCESS PACER



FILED by _(W)_ D.C.

JUN 2 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

———————————————————————

The United States District Court for the Southern District of Florida has case information online with the Public Access to Court Electronic Records (PACER) website. The Court desires to encourage the continued use of public access to this Court's data base and to continue to promote public access and to avoid unreasonable burdens on both the users and court staff in retrieving data. Therefore, it is hereby

**ORDERED AND ADJUDGED** that in accordance with the Miscellaneous Fee Schedule promulgated under 28 U.S.C. § 1913, 1914, 1926, and 1930, for the purpose of clarifying the judiciary's policy with respect to granting exemptions from electronic public access fees prescribed under those schedules, the United States Secret Service is hereby exempt from the prescribed fees for electronic access in order to avoid unreasonable burdens and to promote public access to such information.

Mr. Robert Vespe, Director of Automation for the United States

District Court, Southern District of Florida, shall provide the
PACER Service Center with any detailed information the Center my
require to implement this Order.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward
County, Florida, this _____ 24th day of June, 2002.


WILLIAM J. ZLOCH
Chief United States District Judge


Copies furnished:

Clarence Maddox, Court Administrator*Clerk of Court
Robert Vespe, Director of Automation
PACER Service Center
John Large, Assistant Special Agent in Charge
 United States Secret Service

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 6/26/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
ROOM 202B, 299 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301



U.S. OFFICIAL MAIL
PENALTY
FOR
PRIVATE
USE 1040
PB METER
7251737   U.S. POSTAGE
$0.34

02  JUN 27  PM 12: 3
U.S.   MIAMI

John R. Large, Assistant
  Special Agent in Charge
Department of the Treasury
U.S. Secret Service
8375 N.W. 53rd Street, Suite 100
Miami, FL33166

33166/9999